IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 13 |
| Regina L. Jarrett | NO.  18 B 12885 |
| Debtors. | Judge Carol A. Doyle |

## NOTICE OF MOTION

TO:

Regina L. Jarrett
513 Engle
Dolton, IL 60419
Via regular mail

David Siegel
Via electronic notification

Tom Vaughn
Via electronic notification

Raegene Jarrett
513 Engle
Dolton, IL 60419
Via regular mail

PLEASE TAKE NOTICE that on October 29, 2019 at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, at 219 South Dearborn Street, Courtroom #742, Chicago, Illinois, and then and there present the attached Motion, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion attached, upon debtor, as listed above, and upon Raegene Jarrett, as listed above, by mailing same in a properly addressed envelope, postage prepaid, from 112 Cary Street, Cary, Illinois 60013 and via electronic notification on the remaining parties, as listed above, that occurs automatically after the filing the Motion.  That the motion was filed, and the placement of any mailed copies being placed in the mail occurred before the hour of 5:00 P.M. on October 17, 2019.

Christopher H. Purcell                         BY: _____/s/ Christopher H. Purcell_____
Sherman & Purcell LLP                                  CHRISTOPHER H. PURCELL
112 Cary Street
Cary, Illinois 60013
Shermlaw13@aol.com
Phone: (312) 372-1487
Attorney for Heritage Acceptance Corporation

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 13 |
| Regina L. Jarrett | NO.  18 B 12885 |
| Debtors. | Judge Carol A. Doyle |

## MOTION TO MODIFY AUTOMATIC STAY & 1301 RELIEF

Now comes Heritage Acceptance Corporation (hereinafter the "Movant")., a creditor herein, by SHERMAN & PURCELL LLP, its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 & 1301 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. The Movant is a secured creditor of the Debtor.  The Statement to Accompany Motions for Relief from Stay is attached hereto and incorporated herein including, but not limited to the description of the collateral.

2. The Debtor has not offered, and Movant. is not receiving, adequate protection for its secured interest or depreciating value, nor is said motor vehicle necessary for an effective reorganization by the Debtor.  The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein and therefore Bankruptcy Rule 4001(a)(3) should not apply.

3. The plan does not provide for this secured claim.  The Movant just learned of the bankruptcy.  The payments are in default and the Debtor has not provided evidence of insurance. Raegene Jarrett is a non-filing co-owner and co-obligor

WHEREFORE, the Movant prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to take possession of and foreclose its security interest in a certain 2013 Dodge Avenger, V.I.N. 1C3CDZCB7DN610865 and for an order terminating the restraining provisions of Section 1301 of the Bankruptcy Code and for such other and further relief as this Court may deem just.

| | |
|---|---|
| Christopher H. Purcell | BY: _____/s/ Christopher H. Purcell_____ |
| Sherman & Purcell LLP | CHRISTOPHER H. PURCELL |
| 112 Cary Street | |
| Cary, Illinois 60013 | |
| Shermlaw13@aol.com | |
| Phone: (312) 372-1487 | |
| Attorney for Heritage Acceptance Corporation | |