# REQUIRED STATEMENT
# TO ACCOMPANYALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Regina Jarrett** Case No. **18-12885** Chapter **13**
All Cases: Name of Moving Creditor **Heritage Acceptance Corporation** Date Case Filed **5-2-18**

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☒ Other (describe) **1301 Relief**

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed **8-7-18**

Chapter 7:   ☐ No-Asset Report Filed on ____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home ____
   b. ☒ Car   Year, Make and Model **2013 Dodge Avenger**
   c. ☐ Other ____

2. Balance Owed as of Petition Date $ **8,285.68 + attorney fees and costs**
   Total of all other Liens against Collateral $ ____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.: ____

4. Estimated Value of Collateral (must be supplied in all cases) $**7,300**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____   Amount $ ____ .
      ☐ On direct payments to the moving creditor
      Number of months **3 bi weekly payments**   Amount $ **389.68 and another payment cmoes due on 10-20-2019**
      ☐ On payments to the Standing Chapter 13 Trustee
      Number of months ____   Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i.   ☒ No insurance ____
      ii.  ☐ Taxes unpaid ____   Amount $ ____
      iii. ☒ Rapidly depreciating asset ____
      iv.  ☒ Other (describe) **the default above is before attorneys fees & costs**

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith ____
      ii.  ☐ Multiple filings
      iii. ☒ Other (describe) **Secured claim is not in the plan and movant just learned of this bankruptcy..**
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: **October 17, 2019**          /s/ Christopher H. Purcell
(Rev. 6/1/09)                       Counsel for <u>Movant</u>